UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRODIE LAMB,

                Petitioner,

v.

MICHAEL OBENLAND,

                Respondent.

Case No. C17-319-RAJ-JPD

ORDER TO SHOW CAUSE

This is a federal habeas action proceeding under 28 U.S.C. § 2254. On February 28, 2017, petitioner submitted his federal habeas petition to the Court for filing via U.S. Mail. (Dkt. 1.) On March 1, 2017, petitioner was reminded that his compliance with the Court's E-Filing Program is mandatory. Despite this reminder, petitioner sent a letter regarding his filing fee to the Court via U.S. Mail which was received on March 23, 2017. (Dkt. 3.) On March 24, 2017, petitioner was once again reminded that his compliance with the Court's E-Filing Program is mandatory. The Court has since received three additional letters from petitioner, all sent via U.S. Mail.[1] (Dkts. 10, 11, 12.) On June 22, 2017, petitioner was advised for a third time that his compliance with the Court's E-Filing Program is mandatory. Petitioner provides no explanation

---

[1] The Court notes that all three of the recently filed letters pertain to issuance of summons. However, all necessary parties have been served in this action rendering petitioner's requests for issuance of summons moot.

ORDER TO SHOW CAUSE
PAGE - 1

for ignoring the Court's prior warnings that compliance with the Court's E-Filing Program is mandatory.

Accordingly, this Court hereby ORDERS as follows:

(1) Petitioner shall explain to the Court in writing, not later than *July 14, 2017*, why he is failing to comply with the mandatory E-Filing Program. If petitioner fails to provide a meaningful response to this Order, all future filings submitted by petitioner after the date of this Order that are not in compliance with the E-Filing Program will be returned to him *unfiled*.

(2) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

Dated this 28th day of June, 2017.

*/s/ James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE - 2