UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRODIE M. LAMB,

        Petitioner,

v.

MICHAEL OBENLAND,

        Respondent.

Case No. C17-319-RAJ-JPD

ORDER DIRECTING RESPONDENT TO SUBMIT STATE COURT RECORD

This is a federal habeas action brought under 28 U.S.C. § 2254. Petitioner's petition for writ of habeas corpus is currently ripe for consideration. However, upon review of the submissions of the parties, this Court discovered that while it received respondent's notice of submission of the relevant state court record (Dkt. 15), it never received the actual documents referenced in the notice. The Court is unable to proceed to disposition of petitioner's federal habeas petition until it has the state court record available for review.

Accordingly, the Court hereby ORDERS as follows:

(1) Respondent shall submit all relevant portions of the state court record, including a copy of the audio recording of petitioner's guilty plea hearing, to this Court not later than *September 8, 2017*.

ORDER DIRECTING RESPONDENT TO
SUBMIT STATE COURT RECORD - 1

(2) Petitioner's amended federal habeas petition (Dkt. 5) is RE-NOTED on the Court's calendar for consideration on *September 8, 2017*.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 7th day of August, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge