UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRODIE LAMB,

        Petitioner,

v.

MICHAEL OBENLAND,

        Respondent.

Case No. C17-319-RAJ-JPD

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

On July 14, 2017, the Court received from petitioner a document which he identified as a motion, but which actually appears to be a response to respondent's answer to petitioner's federal habeas petition. (*See* Dkt. 18.) Accordingly, the Clerk is directed to STRIKE the document from the Court's motion calendar. The Court will consider the substance of the document when it rules on petitioner's federal habeas petition.

DATED this 16th day of August, 2017.

WILLIAM McCOOL, Clerk

By <u>Rhonda Stiles</u>
    Deputy Clerk

MINUTE ORDER - 1