UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRODIE M. LAMB, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL OBENLAND, <br><br> Respondent. | Case No. C17-319-RAJ-JPD <br><br> ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

This is a federal habeas action brought under 28 U.S.C. § 2254. On August 7, 2017, this Court issued an Order directing respondent to submit all relevant portions of the state court record, including a copy of the audio recording of petitioner's guilty plea hearing, not later than September 8, 2017. (Dkt. 19.) This Order was issued after the Court discovered that, while it had received respondent's notice of submission of the relevant state court record in conjunction with respondent's answer to petitioner's federal habeas petition, it had never received the actual documents referenced in the notice. To date, the Court has received no response to its Order directing respondent to submit the state court record.

ORDER TO SHOW CAUSE WHY SANCTIONS
SHOULD NOT BE IMPOSED - 1

Accordingly, the Court hereby ORDERS as follows:

(1) Respondent shall SHOW CAUSE within 14 days of the date on which this Order is signed why sanctions should not be imposed, in accordance with LCR 11(c), for his failure to respond in any fashion to this Court's prior Order.

(2) Petitioner's amended federal habeas petition (Dkt. 5) is STRICKEN from the Court's calendar as the Court cannot proceed without the documents referenced above. The Court will re-note the petition for consideration after it receives a response to this Order.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 15th day of September, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge