UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRODIE M. LAMB,

               Petitioner,

v.

MICHAEL OBENLAND,

               Respondent.

Case No. C17-319-RAJ-JPD

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

On September 15, 2017, this Court issued an Order directing respondent to show cause why sanctions should not be imposed for his failure to respond to a prior Order directing him to submit all relevant portions of the state court record. (*See* Dkt. 21.) Respondent filed a response to the Order to Show Cause on September 28, 2017, explaining that he had twice shipped the state court record documents to this Court, once on July 5, 2017 and once on September 7, 2017, and that UPS tracking documents reflect both shipments were received by the Clerk. (*See* Dkt. 22.) While neither the Clerk nor this Court were able to locate those shipments, the Court is

MINUTE ORDER - 1

satisfied that respondent attempted to comply with the Court's directives and, thus, that sanctions are not warranted.

Contemporaneously with his response to the Order to Show Cause, respondent resubmitted the relevant state court record to the Court and the documents are now in the Court's possession. Accordingly, petitioner's amended federal habeas petition (Dkt. 5) is deemed ripe for consideration as of *Friday, September 29, 2017*. The Clerk shall re-note respondent's answer (Dkt. 14) on the calendar for consideration on that date.

DATED this 6th day of October, 2017.

WILLIAM McCOOL, Clerk

By s/ Tomas Hernandez
   Deputy Clerk

MINUTE ORDER - 2