UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRODIE M. LAMB, | | |
| | Petitioner, | Case No. C17-319-RAJ |
| v. | | |
| MIKE OBENLAND, | | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| | Respondent. | |

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, respondent's answer to the amended petition, the Report and Recommendation of James P. Donohue, Chief United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's amended petition for writ of habeas corpus (Dkts. 5 and 5-1) is DENIED, and petitioner's amended petition and this action are DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds for relief asserted in this federal habeas action.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 20th day of December, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2